# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# DOTHAN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-12073 |
| Wilbur James Bukszar<br>  *aka* Wilbur J Bukszar<br>  *aka* Wilbur Bukszar<br>Carolyn Eloise Bukszar<br>  *aka* Carolyn E Bukszar<br>  *aka* Carolyn Bukszar | Chapter 13 |
| Debtors. | Judge William R. Sawyer |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Home Point Financial Corporation
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: November 30, 2018 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

# CERTIFICATE OF SERVICE

I certify that on November 30, 2018, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Michael Brock, Debtors' Counsel
    bankruptcy@brockandstoutlaw.com

    Sabrina L. McKinney, Chapter 13 Trustee
    Trustees_office@ch13mdal.com

    Bankruptcy Administrator
    ba@almb.uscourts.gov

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on November 30, 2018, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Wilbur James Bukszar, Debtor
    1070 County Road 137
    Shorterville, AL 36373

    Carolyn Eloise Bukszar, Debtor
    1070 County Road 137
    Shorterville, AL 36373

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com