## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 18−12073
                                                       Chapter 13

Wilbur James Bukszar and Carolyn Eloise Bukszar ,

        Debtors.

### ORDER CONFIRMING PLAN

       The debtors' plan filed on January 21, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

       It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

       It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated March 10, 2019

                                              William R. Sawyer
                                              United States Bankruptcy Judge