**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re

Wilbur James Bukszar and Carolyn Eloise
Bukszar ,

      Debtors.

Case No. 18−12073
Chapter 13


## ORDER

      This case is before the court on the following matter:


*27* − Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation . filed by
Hugh Smith on behalf of Carolyn Eloise Bukszar, Wilbur James Bukszar. Responses due by
07/24/2020. (Attachments: # 1 Am. Ch. 13 Plan) (Smith, Hugh)


      It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and
that no response has been filed. Accordingly, it is

      **ORDERED,** that the motion is **GRANTED** according to the terms stated.


Dated August 10, 2020


Bess M. Parrish Creswell
United States Bankruptcy Judge